IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TRAVIS RENARD KIDD, JR.**                                                                 **PLAINTIFF**

v.                               Case No. 4:11-cv-00792-KGB

**PAUL MITCHELL, ET AL.**                                                                 **DEFENDANTS**

## ORDER

Before the Court is plaintiff Travis Renard Kidd, Jr.'s combined motion for extension of time and for appointment of counsel (Dkt. No. 24). Defendants oppose Mr. Kidd's motion for extension and for appointment of counsel. Also pending is defendants' motion to compel Mr. Kidd's answers to their outstanding discovery requests (Dkt. No. 25).

Mr. Kidd's motion is not entirely clear regarding which deadline he seeks to extend. However, defendants interpret his motion as seeking an extension of time to respond to defendants' discovery requests. The Court agrees. In response to that portion of Mr. Kidd's motion, defendants have responded in opposition and filed a motion to compel Mr. Kidd's answers to the outstanding discovery requests (Dkt. No. 25). Mr. Kidd's motion for extension (Dkt. No. 24) is denied. Defendants' motion to compel (Dkt. No. 25) is granted. Mr. Kidd shall answer the outstanding discovery requests. Mr. Kidd's answers to the outstanding discovery shall be sent to defendants' counsel and postmarked no later than thirty (30) days from the date of this order.

Second, Mr. Kidd's third request for appointed counsel (Dkt. No. 24) is denied without prejudice to his ability to refile his request at a later date. The Court has previously considered and denied Mr. Kidd's requests for appointed counsel (Dkt. Nos. 5, 18). Mr. Kidd has not cited any new issue of law or fact that persuades the Court to reconsider its previous rulings on this

issue. The Court notes that Mr. Kidd has asserted that he is confused by the paperwork associated with this case. The Court is not persuaded that the outstanding discovery requests are so complicated that Mr. Kidd needs the assistance of appointed counsel to answer them. For those reasons and the reasons stated in the Court's prior orders, Mr. Kidd's motion for appointment of counsel (Dkt. No. 24) is denied without prejudice to his ability to refile his request at a later date.

Mr. Kidd is hereby given notice of Local Rule 5.5(c)(2) of the United States District Courts for the Eastern and Western Districts of Arkansas which states that *pro se* litigants are required to monitor the progress of their case, to prosecute or defend the action diligently, and to respond to any communication from the Court within thirty (30) days or their case could be dismissed without prejudice.

IT IS THEREFORE ORDERED:

1. Mr. Kidd's motion for an extension of time (Dkt. No. 24) is denied.

2. Defendants' motion to compel (Dkt. No. 25) is granted. Mr. Kidd's answers to the outstanding discovery requests shall be sent to defendants' counsel and postmarked no later than thirty (30) days from the date of this order.

3. Mr. Kidd's motion for appointment of counsel (Dkt. No. 24) is denied without prejudice to his ability to refile his request at a later date.

SO ORDERED this the 21 day of August, 2012.

Kristine G. Baker
United States District Judge