## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TRAVIS RENARD KIDD, JR.**                                                    **PLAINTIFF**

**v.**                                 **Case No. 4:11CV00792 KGB**

**PAUL MITCHELL, ET AL.**                                                    **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, plaintiff Travis Renard Kidd, Jr.'s claims are dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

SO ORDERED this the 8th day of May, 2013.

_____
Kristine G. Baker
United States District Judge